WALTER S. THROOP and ALICE THROOP, complainants-appellants,

*v.*

HUGH SEERY, ELIZABETH SEERY and NEW JERSEY TITLE GUARANTEE TRUST COMPANY, defendants-respondents.

[Decided April 28th, 1922.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Backes, whose opinion is printed in *93 N. J. Eq. 646.*

*Mr. George S. Hobart,* for the appellants.

*Mr. Charles Jones* and *Mr. James Mylod,* for the respondents.

PER CURIAM.

The same issues involved in this suit were tried and decided by the court of chancery in the foreclosure suit of Hugh Seery, complainant, and Walter S. Throop and wife, defendants. In that case there was a decree for the complainant, and in this case the complainant's bill was dismissed. An appeal was taken by the defendants in that case, the complainants in this one, from the decree of foreclosure, and by those complainants from the decree in this case dismissing their bill. The other case is No. 37 of the present term of this court, while this case is No. 36. In a *per curiam* filed in No. 37 contemporaneously herewith, we affirm the decree in the foreclosure suit, and, as the same issues are involved in this suit, we, for the reasons given in the other suit, affirm this decree.

*For affirmance*—THE CHIEF-JUSTICE, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BLACK, KATZENBACH, WHITE, HEPPENHEIMER, WILLIAMS, GARDNER, ACKERSON, VAN BUSKIRK—15.

*For reversal*—None.